165 So.2d 488

Charles WINFREE et al.

v.

CONSOLIDATED UNDERWRITERS.

No. 47332.

June 30, 1964.

In re: Charles Winfree and Lynn Tullos Winfree applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 163 So.2d 377, rehearing denied 164 So.2d 183.

It. is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

165 So.2d 488

Eugene D. BROUSSARD et al.

v.

The LOUISIANA LAND AND EXPLORATION COMPANY et al.

No. 47359.

July 1, 1964.

In re: Eugene D. Broussard et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Terrebonne. 164 So.2d 84.

Writ denied. On the facts found by the Court of Appeal the result is correct.

FOURNET, C. J., absent.